JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANKIT ANKIT,<br>Petitioner,<br>v.<br>WARDEN DESERT VIEW ANNEX, et al.,<br>Respondents. | Case No. 5:26-cv-04953-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Denying the Petition, IT IS ADJUDGED that the Petition is denied.

DATED: September 10, 2026

Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE